67 So.2d 849

### MUTUAL SAVINGS LIFE INSURANCE CO. v. Annie ECHOLS.

8 Div. 728.

Supreme Court of Alabama.

Oct. 29, 1953.

Russell W. Lynne, Decatur, for petitioner.

Thos. C. Pettus, Moulton, opposed.

GOODWYN, Justice.

Petition of Mutual Savings Life Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Mutual Savings Life Insurance Co. v. Echols, 67 So.2d 847.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and CLAYTON, JJ., concur.